

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00858-CV

**IN THE ESTATE OF** Raymond Oatman **WHIPPLE**, Jr., Deceased

From the County Court, Guadalupe County, Texas
Trial Court No. 2006-PC-0273
Honorable Robin V. Dwyer, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, appellant's motion to dismiss the appeal is GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against appellant.

SIGNED March 21, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice